

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00397-CV

CITY OF DALLAS
v.
KEN PAXTON, ATTORNEY GENERAL OF TEXAS

On Appeal from the
126th District Court of Travis County, Texas
Trial Cause No. D-1-GV-08-001508

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

February 12, 2015